In re Ronald S. KARPF, Appellant.

No. 2014–1773.

United States Court of Appeals,
Federal Circuit.

Aug. 7, 2015.

Andrew V. Trask, Williams & Connolly LLP, Washington, DC, argued for appellant. Also represented by Adam Lawrence Perlman; Christian John Hurt, Nix Patterson & Roach LLP, Irving, TX.

Jeremiah Helm, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Thomas W. Krause, Meredith Hope Schoenfeld, Nathan K. Kelley.

REYNA, WALLACH, and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**